**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IBEW LOCAL NO. 102, IBEW LOCAL 102 WELFARE, PENSION, ANNUITY AND JOINT APPRENTICESHIP TRAINING FUNDS AND THEIR BOARDS OF TRUSTEES, and THE IBEW LOCAL 102 DISTRIBUTION FUND AS COLLECTION AGENT FOR THE NATIONAL ELECTRICAL BENEFIT FUND,<br>　　　　　Plaintiffs<br><br>　　v.<br><br>ALL PHASE ELECTRIC COMPANY, INC., AMERICAN CONTRACTORS INDEMNITY CO. and PLATTE RIVER INSURANCE CO.,<br>　　　　　Defendants<br>─────────────────────────<br>AMERICAN CONTRACTORS INDEMNITY COMPANY,<br>　　　　　Third Party Plaintiff<br><br>　　v.<br><br>GREGORY ZYCHOWSKI, BARBARA ZYCHOWSKI and JOHN SARICA,<br>　　　　　Third Party Defendants | Civil Action No. 11-cv-2195 (CCC)(JAD)<br><br><br><br><br><br><br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The above matter having been amicably resolved, it is hereby stipulated and agreed by and among the undersigned attorneys for the respective parties that the above action be and hereby is dismissed with prejudice and without costs as to any party.

Dated: March 26, 2012　　　　　　　　**ORANSKY, SCARAGGI & BORG, P.C.**
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs


　　　　　　　　　　　　　　　　　　　By:  /s/ Andrew D. Borg
　　　　　　　　　　　　　　　　　　　　　　Andrew D. Borg, Esq.

Dated: March 26, 2012   **ROBERT S. ELLENPORT, ESQ.**
Attorney for Defendants, All Phase Electric, Inc., improperly plead as All Phase Electric Company, Inc. and Platte River Insurance Company and Third Party Defendants, Gregory Zychowski, Barbara Zychowski and John Sarica


By:  /s/ Robert S. Ellenport
       Robert S. Ellenport, Esq.


Dated:  March 26, 2012   **ALONGI & ASSOCIATES, LLC**
Attorneys for Defendant/Third Party Plaintiff, American Contractors Indemnity Company


By:  /s/ Paul A Alongi
       Paul A. Alongi, Esq.